# United States District Court
# Western District of Wisconsin

MICHAEL Y.A. WILSON,
    Plaintiff

v.                          Case No. 08-CV-137

DANE COUNTY, BOBBI KNAR,
JOSH WICHMANN, LISA AVILA,
DEBBIE SEITZ, ROBERT HUMPHREYS,
MARILYN ZURBUCHEN, and JOHN DOE,
    Defendants.

## ORDER FOR DISMISSAL OF
## DANE COUNTY AS A DEFENDANT

Based upon the stipulation of the parties, IT IS ORDERED that Dane County be, and hereby is, dismissed as a defendant in this lawsuit without costs to any party.

Dated: *April 4*, 2008

By the Court:

*Barbara B. Crabb*
The Honorable ~~Magistrate Judge Stephen L. Crocker~~